UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

FILED
IN CLERKS OFFICE
2004 JUN -7 P 1: 43
DISTRICT COURT
DISTRICT OF MASS.

------------------------------------------------------- x

SACKS STORAGE, INC.,                    Civil Action No.

    Plaintiff,

    -against-                                           **COMPLAINT**

CSX TRANSPORTATION,

    Defendant.

------------------------------------------------------- x

RECEIPT #
AMOUNT $ 150
SUMMONS ISSUED YES
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK TOM
DATE 6/7/04

MAGISTRATE JUDGE

Plaintiff Sacks Storage, Inc., by its attorneys, Robinson & Cole LLP, alleges upon information and belief as follows:

## PARTIES

1.    Plaintiff Sacks Storage, Inc. ("Sacks") is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business at 66 Atlas Street, Worcester, Massachusetts 01601.

2.    At all times relevant to this matter, Defendant CSX Transportation ("CSX") is a Florida corporation with its principal place of business at 500 Water Street, Jacksonville, Florida. CSX's agent for service of process in Massachusetts is CT Corporation, 101 Federal Street, Boston, Massachussetts 02110.

## JURISDICTION AND VENUE

3.    This is an action for the recovery of damages under the Interstate Commerce Act, as amended, 49 U.S.C. § 11706, which governs the liability of a rail carrier in interstate commerce. Federal Jurisdiction and venue is based on 46 U.S.C. § 11706D(i)(iii).

B-829013

## DIVERSITY JURISDICTIONAL ALLEGATION

4.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), as there is complete diversity between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.    Venue is proper pursuant to 28 U.S.C. § 1391(a), as Sacks resides in the District of Massachusetts and CSX does business there and has an agent for service of process there.

## COUNT ONE
### (Negligence)

6.    At all times relevant to this matter, Sacks was the owner of property of 66 Atlas Street, Worcester, Massachusetts.

7.    At all times relevant to this matter, Sacks was in the business of, among other things, warehousing property for its customers.

8.    Sacks entered into an agreement with CSX to pick up and deliver railroad box cars at 12:30 p.m. on each day of the working week from Sacks' premises at 66 Atlas Street, Worcester, Massachussetts.

9.    On October 15, 2003 at 10:30 a.m., CSX, while attempting to switch box cars, negligently struck a dock plate adjacent to the building which caused building damage in the amount of $297,957.46.

10.    Despite demand from the plaintiff that CSX reimbursed this amount regarding the damages that they caused, they have not done so to date.

## COUNT TWO
**(Breach of Contract)**

11.     Repeat and reallege each and every allegation contained in paragraphs 1 through 10 as set forth at length herein.

12.     CSX breached its contact with Sacks and Sacks's property was damaged as a result thereof in the amount of $297,957.46.

**WHEREFORE**, plaintiff Sacks demands judgment in their favor against defendant CSX on two counts of the complaint in the amount of $297,957.46, together with interest from October 15, 2003 to date, and costs and other such further relief that this Court deem just and necessary.

> **SACKS STORAGE, INC.,**
> by its attorneys,
> ROBINSON & COLE LLP
>
> David B. Wilson  BBO# 548359
> One Boston Place
> Boston, MA  02108-4044
> Tel 617-557-5900
> Fax 617-557-5999
> dwilson@rc.com

Dated: June   3  , 2004

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2004 JUN -7 P 1:13

U.S. DISTRICT COURT
DISTRICT OF MASS.

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____

    __Sacks Storage, Inc. vs. CSX Transportation__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    —    I.      160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    —    II.      195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
                     740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

    X    III.      110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                     315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                     380, 385, 450, 891.

    —    IV.      220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                     690, 810, 861-865, 870, 871, 875, 900.

    —    V.      150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

    _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

                                          YES           (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

                                          YES           (NO)

    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                          YES           NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

                                          YES           (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

                                          YES           (NO)

    A.      IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

           EASTERN DIVISION                                      WESTERN DIVISION

    B.      IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

           EASTERN DIVISION             (CENTRAL DIVISION)                WESTERN DIVISION

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME    __David B. Wilson / Robinson & Cole LLP__

ADDRESS           __One Boston Place, Boston, MA 02108-4404__

TELEPHONE NO.     __Tel 617-557-5900    Fax 617-557-5999__

(Cover sheet local.wpd - 11/27/00)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

*FILED IN CLERKS OFFICE*

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Sacks Storage, Inc.
66 Atlas Street
Worcester, MA  01608

(b) County of Residence of First Listed Plaintiff __Worcester__
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

CSX Transportation
500 Water Street
Jacksonville, Florida

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

*U.S. DISTRICT COURT DISTRICT OF MASS.*
*JUN -7 P 1:23*

(c) Attorney's (Firm Name, Address, and Telephone Number)

David B. Wilson BBO#548359 / Tel 617-557-5900
Robinson & Cole LLP
One Boston Place, Boston, MA 02108-4404

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Propeny 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Determination Under Equal Access to |
| ☒ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is an action for negligence and breach of contract to recover damages under the Interstate Commerce Act, 49 U.S.C. § 11706.

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 297,957.46

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE _____

DOCKET NUMBER _____

DATE June 3, 2004

SIGNATURE OF ATTORNEY OF RECORD
*David B. Wilson*
David B. Wilson

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____