UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

---------------------------------------------------------------- x

SACKS STORAGE, INC.,                                          :        Civil Action No. 1:04 Cv 11238 MLW
                                                              :
                    Plaintiff,                                :
                                                              :        **VOLUNTARY DISMISSAL PURSUANT TO**
          -against-                                           :        **RULE 41 (a)**
                                                              :
CSX TRANSPORTATION,                                           :
                                                              :
                    Defendant.                                :
---------------------------------------------------------------- x


          The plaintiff, Sacks Storage, Inc., pursuant to Federal Rule of Civil Procedure

41(a), agrees to dismiss the above action against CSX Transportation without prejudice

and without costs to either party. Defendant has not appeared, moved or answered.

                                        **PLAINTIFF,**
                                        **SACKS STORAGE, INC.**

                                         By:s/David B. Wilson
                                             David B. Wilson (BBO#548359)
                                             Robinson & Cole LLP
                                             One Boston Place
                                             Boston, MA 02108-4044
                                             Tel. 617 557-5900
                                             Fax 617 557-5999

**SO ORDERED:**


_____
**U.S.D.J.**

STAM1-761270-1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Voluntary Dismissal of Action was mailed,

postage prepaid on July 14, 2004 to CXS Transportation, General Claims, One Bell

Crossing Road, Selkirk, NY 12158.

David B. Wilson
David B. Wilson
